*FEDERAL PUBLIC DEFENDER*
*Southern District of Texas*
Lyric Office Centre
440 Louisiana Street, Suite 1350
Houston, Texas 77002-1669

**Federal Public Defender:**
  Marjorie A. Meyers

**First Assistant:**
  Michael L. Herman

January 19, 2023

**Telephone:**
713.718.4600

**Fax:**
713.718.4610

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

    Re: *United States v. Vargas*, No. 21-20140; Rule 28(j) Letter

Dear Mr. Cayce:

    I write to draw attention to a decision issued yesterday by the Eleventh Circuit, sitting en banc: *United States v. Dupree*, —F.4th—, 2023 WL 227633 (11th Cir. Jan. 18, 2023). In *Dupree*, the full Eleventh Circuit confronted the same two issues presently before this Court in this case and resolved each in Mr. Vargas's favor. The en banc court first held that the Supreme Court's clarification of the *Seminole Rock* (or *Auer*) deference doctrine in *Kisor v. Wilkie*, 139 S. Ct. 2400 (2019), applies to Sentencing Guidelines commentary and precludes deference where the corresponding guideline text is unambiguous. *See Dupree*, 2023 WL 227633, at *3-*6. The court then held that the commentary purporting to bring conspiracy and attempt offenses within Guidelines Section 4B1.2(b)'s definition of "controlled substance offense" is not entitled to deference because the "text" of the guideline itself "unambiguously excludes inchoate crimes." *Dupree*, 2023 WL 227633, at *8; *see id.* at *6-*8.

    Counsel will be prepared to discuss *Dupree* at oral argument next week.

                          Sincerely,

                          s/ *Evan G. Howze*
                          EVAN G. HOWZE
                          Assistant Federal Public Defender
                          Counsel for Appellant

## CERTIFICATE OF SERVICE

I certify that on January 19, 2023, this Rule 28(j) letter was served upon counsel for appellee, Assistant United States Attorney Audrey Lynn Maness, via electronic filing.

s/ *Evan G. Howze*
EVAN G. HOWZE
